No. 13–0092/AR. U.S. v. Marcus R. Dickens. CCA 20120178. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2012.

No. 13–0095/AR. U.S. v. Jeffrey W. Swartz. CCA 20091041. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 20, 2012.

No. 13–0097/AF. U.S. v. Jason K. Lekse. CCA 37733. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 21, 2012.

No. 10–0685/AF. U.S. v. Kenneth J. Burton, Jr. CCA S31632. Review granted on the following issue:

> WHETHER THE ERRONEOUS ADMISSION OF THE COVER MEMO-RANDUM AND THE SPECIMEN CUSTODY DOCUMENT'S CERTIFI-CATION OF APPELLANT'S DRUG TESTING REPORT WAS HARM-LESS BEYOND A REASONABLE DOUBT.

No briefs will be filed under Rule 25.

No. 12–0331/AR. U.S. v. Jamil V. Williams. CCA 20090619. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY FAILING TO IN-STRUCT THE MEMBERS TO MAKE FINDINGS ON THE FACTORS IDENTIFIED IN *UNITED STATES v. MARCUM*, 60 M.J. 198 (C.A.A.F. 2004).

Briefs will be filed under Rule 25.